UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HELEN HAN,

                         Plaintiff,                          08 CV 4472 (AKH)
                                                                       (ECF Case)

      -against-


CITY UNIVERSITY OF NEW YORK, CHILD            NOTICE OF
DEVELOPMENT CENTER OF THE CITY COLLEGE    APPEARANCE
OF NEW YORK, and LaTRELLA THORNTON,

                        Defendants.
------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **Joel Berger, Esq.**, should be listed as counsel of record for defendant Child Development Center of the City College of New York in the above-captioned action.


Dated: New York, New York
         August 14, 2008

                                                      **/s/ Joel Berger**
                                                      **JOEL BERGER (JB-3269)**
                                                       360 Lexington Avenue, 16th Fl.
                                                      New York, New York 10017
                                                      (212) 687-4911


TO:  Matthew S. Porges, Esq.
       Attorney for Plaintiff

      Darpana M. Sheth, Esq.
      Assistant Attorney General