UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN HAN,                                                         :       NOTICE OF
                                                                            :       APPEARANCE
                         *Plaintiff*,   :
                                                                            :       08 – CV– 4472
      -against-                                            :       (AKH) (FM)
                                                                            :
CITY UNIVERSITY OF NEW YORK, CHILD         :
DEVELOPMENT CENTER OF THE CITY             :
COLLEGE OF NEW YORK, and LATRELLA          :       *ORIGINAL FILED*
THORNTON,                                                      :       *VIA ECF*
                                                                            :
                        *Defendants.*  :
                                                                            :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Attorney General of the State of New York, by Assistant Attorney General Darpana M. Sheth, hereby appears as counsel of record for defendants City University of New York ("CUNY") and Latrella Thornton in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned at the address, telephone number and e-mail address below.

Dated: New York, New York
        August 15, 2008

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      *Attorney for Defendants CUNY and Latrella*
                                      *Thornton*

                                      By:

                                      _____
                                      DARPANA M. SHETH
                                      Assistant Attorney General
                                      120 Broadway, 24th Floor
                                      New York, New York 10271
                                      Tel.: (212) 416 – 8687
                                      Fax: (212) 416 – 6009
                                      Email: Darpana.Sheth@oag.state.ny.us

TO:

| | |
|---|---|
| MATTHEW SCOTT PORGES<br>Leeds, Morelli & Brown, P.C.<br>*Attorney for Plaintiff*<br>One Old Country Road<br>Suite 347<br>Carle Place, New York 11514 | JOEL BERGER, ESQ.<br>*Attorney for Defendant Child Development Center at the City College of New York*<br>360 Lexington Avenue, 16th Floor<br>New York, New York 10017 |