UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN HAN,

                              *Plaintiff,*

       -against-

THE CITY UNIVERSITY OF NEW YORK, CHILD
DEVELOPMENT CENTER OF THE CITY COLLEGE
OF NEW YORK, and LATRELLA THORNTON,

                              *Defendants.*

**WAIVER OF SERVICE
OF SUMMONS**

08-CV-4472
(AKH) (FM)

---

TO: Matthew S. Porges
Leeds, Morelli & Brown, P.C.
*Attorney for Plaintiff*
One Old Country Road, Suite 347
Carle Place, New York 11514

      Defendants City University of New York ("CUNY") and Latrella Thornton, by and through their attorney, ANDREW M. CUOMO, Attorney General of the State of New York, and defendant Child Development Center of the City College of New York, by and through its attorney, JOEL BERGER, ESQ., have received your request, sent on May 21, 2008, that they waive service of a summons in the above-captioned civil action pending in the United States District Court for the Southern District of New York.

      Defendants have also received a copy of the complaint in the action, two copies of a waiver form, and a prepaid means for returning one signed copy of the form to you.

      Defendants agree to save the expense of serving a summons and complaint in this case.

Defendants understand that they will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a summons or of service.

Defendants understand that they must file and serve an answer or a motion under Federal Rule of Civil Procedure 12 no later than August 15, 2008, as agreed to by counsel for plaintiff. If they fail to do so, a default judgment may be entered against them.

Dated: New York, New York
June 18, 2008

| | |
|---|---|
| JOEL BERGER, ESQ.<br>*Attorney for Defendant Child Development Center of the City College of New York* | ANDREW M. CUOMO<br>Attorney General of the State of New York<br>*Attorney for Defendants CUNY and Latrella Thornton* |
| *(signed)*<br>Joel Berger<br>360 Lexington Avenue, 16th Floor<br>New York, New York 10017<br>Tel: (212) 687 – 4911<br>Fax: (212) 687 – 1406 | By: *(signed)*<br>Darpana M. Sheth<br>Assistant Attorney General<br>120 Broadway, 24th Floor<br>New York, NY 10271-0332<br>Tel:   (212) 416-8687<br>Fax:   (212) 416-6009<br>(Not for service of papers) |